FILED
4/29/2015 11:04:44 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

ACCEPTED
04-15-00272-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/1/2015 10:25:30 AM
KEITH HOTTLE
CLERK

**04-15-00272-cv**

No. 2013-CI-07766

| | | |
|---|---|---|
| KYU IM ROBINSON, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| v. | § | 131ST JUDICIAL DISTRICT |
| | § | |
| JESS L. MAYFIELD, TRUSTEE, ET AL., | § | |
| Defendants | § | BEXAR COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/1/2015 10:25:30 AM
KEITH E. HOTTLE
Clerk

---

### PLAINTIFF'S NOTICE OF APPEAL

---

1.      The appeal is from the judgment of the 131st Judicial District Court, Bexar County, Honorable Renee A. Yanta, presiding.

2.      The court signed the Final Judgment on February 3, 2015.

3.      Plaintiff, Kyu Im Robinson, desires to appeal the Final Judgment to the Fourth Court of Appeals, San Antonio, Texas, and, hereby, gives notice of appeal.

4.      The party filing this notice of appeal is Kyu Im Robinson.

Respectfully submitted,

JOANN STOREY, P.C.

BY:    /s/ *JoAnn Storey*

JoAnn Storey
State Bar No. 19315300
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713/529-0048
Telecopier: 713/529-2498
Email: storeyj@heightslaw.com

***Counsel for plaintiff, Kyu Im Robinson***

## CERTIFICATE OF SERVICE

On April 29, 2014, I sent a true and correct copy of the foregoing *Plaintiff's Notice of Appeal* via **EFILE** to the following:

Gay Gueringer
Richie & Gueringer, P.C.
112 E. Pecan Street, Suite 1420
San Antonio, Texas 78205

***Attorney for defendant, William P. Riddick,***
    ***Individually and as Trustee of the***
    ***Wm P. Riddick − 76 Trust***

/s/ *JoAnn Storey*
JoAnn Storey